**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Hopson, | No. CV-06-2175-PHX-LOA |
| Plaintiff, | **ORDER** |
| vs. | |
| U. S. Department of Justice, et al., | |
| Defendants. | |

This matter arises on Plaintiff's Objection to Order Denying Motion for Appointment of Counsel (docket #11) which the undersigned construes as a Motion for Reconsideration of the Court's Order issued September 29, 2006 (docket #9) denying without prejudice Plaintiff's Motion to Appoint Counsel.

For those reasons set forth in the Court's previous Order denying Plaintiff's Motion to Appointment Counsel, Plaintiff's Motion for Reconsideration (docket #11) will be denied.

**IT IS ORDERED denying** Plaintiff's Motion for Reconsideration (docket #11) of the Court's Order issued September 29, 2006 (docket #9).

DATED this 18th day of October, 2006.

Lawrence O. Anderson
United States Magistrate Judge