**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Brian Hopson, | ) | No. CV-06-2175-PHX-LOA |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| U. S. Dept. of Justice, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |

This matter arises on the Court's review of the file. Plaintiff filed his Complaint on September 12, 2006. (docekt #1) On September 29, 2006, the Court granted Plaintiff's request for *in forma pauperis* status and authorized service of process by the USMS.

On November 17, 2006 a Certified Return Receipt Returned Executed upon U. S. Attorney General by the USMS was filed (docket #14).

There has been no activity in this matter since the filing of the Certified Return Receipt (docket #14).

There has been no Answer filed, a Stipulation for Extension Within Which to File Answer nor has the Plaintiff moved for default judgment.

In light of the total absence of any activity on the matter for the last three and a half months, the Court will require Plaintiff to show cause by **March 27, 2007** why this Court should not dismiss this matter without prejudice for lack of prosecution.

1    Pursuant to Rule 41(b), FED.R.CIV.P., and *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260

2 (9th Cir. 1992)(trial courts have the inherent power to control their dockets and in the exercise

3 of that power they may impose sanctions including, where appropriate, dismissal of a case),

4    Accordingly,

5    **IT IS ORDERED** that Plaintiff show cause in writing on or before **5:00 p.m. on**

6 **March 27, 2007** why this matter should not be dismissed without prejudice in its entirety for

7 lack of prosecution.   Absence good cause shown, the failure to timely file a pleading

8 showing cause as set forth herein may result in the dismissal without prejudice of this case

9 in its entirety for lack of prosecution.

10    DATED this 7th day of March, 2007.

11

12

Lawrence O. Anderson
United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28